

**FILED**

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0070

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0070

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                                  O R D E R

ARTHUR RAY PEOPLES,

    Defendant and Appellant.

---

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, July 7, 2021, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

DATED this 20th day of May, 2021.

For the Court,

By _____
                Chief Justice